# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHELLE M. DONOHOE**

    vs.                     **CASE NUMBER: 6:10-CV-67 (NAM/GHL)**

**HARTFORD LIFE INSURANCE COMPANY**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion for Summary Judgment is granted, and that plaintiff's Motion for Summary Judgment is denied. Judgment is entered in favor of defendant Hartford Life Insurance Company and this action is dismissed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 18th day of March, 2011.

DATED: March 18, 2011

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk